In the United States District Court

for the __Western__ District of __Pennsylvania__

United States of America

v.

Sean P. Womack

Criminal No.  02-33 Erie

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Sean P. Womack__, defendant, have been informed that an __Indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __Eastern__ District of __Texas__ in which I __am held__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __JULY 5, 2005__ at __TEXARKANA, AR__

__[signature] Womack__
(*Defendant*)

__[signature] Tracy R. Womack__
(*Witness*)

__[signature]__
(*Counsel for Defendant*)

Approved

__[signature] Mary Beth Buchanan__
United States Attorney for the
__Western__ District of
__Pennsylvania__

__[signature] Matthew __
United States Attorney for the
__Eastern__ District of
__Texas__

FORM USA-153
SEP 82

U.S. Department of Justice                    Rule 20—Transfer Notice

| To: | District | Date |
|---|---|---|
| Mary Beth Buchanan<br>United States Attorney | Western District of PA | 6/21/05 |
| Name of Subject | Statute Violated | File Data (Initials and Number) |
| Sean P. Womack | 18 U.S.C. §510(a)(2) | Cr. No. 02-33 Erie |

### Part A—District of Arrest

The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket No. __02-33 Erie__

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
   **Date of Plea**        **Date of Sentence**        **Sentence**

| From (Signature and Title) | Address |
|---|---|
| [signature] | 500 State Line Avenue, N.<br>Suite 402<br>Texarkana, Texas  77501 |

### Part B—District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
   *(Kindly notify me of any anticipated delay.)*

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| Signature (Name and Title) | District | Date |
|---|---|---|
| Mary Beth Buchanan | Western District of PA | 6/24/05 |

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV. 85

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

*Federal Courthouse*
*Room A330*
*17 South Park Row*
*Erie, Pennsylvania 16501-1158*                    *814/452-2906*

July 27, 2005

Clerk of Court
United States District Court
Western District of Pennsylvania
Federal Courthouse
17 South Park Row
Room A150
Erie, Pennsylvania 16501

Re:  United States of America v.
     Sean P. Womack
     Criminal No. 02-33 Erie

Dear Clerk:

Enclosed herewith are an original and one copy of Consent to Transfer under Rule 20 signed by the above-named defendant and counsel, along with a copy of Rule 20 Transfer Notice dated June 24, 2005 from the United States Attorney for the Eastern District of Texas. Please also enclose a certified copy of the Indictment.

In accordance with their request, will you please forward the necessary papers to the Clerk of Court for the Eastern District of Texas.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

MARSHALL J. PICCININI
Assistant U.S. Attorney

Enclosure

cc:  Clerk of Court, Eastern District of Texas
     U. S. Attorney, Eastern District of Texas
     U.S. Marshal, Pittsburgh
     Probation Officer, Pittsburgh