# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: August 1, 2005

United States District Court
Clerk of Courts
500 State Line Avenue, N.
Suite 402
Texarkana, TX 77501

Re: SEAN P WOMACK
Criminal No. 02-33 ERIE

Dear Sir or Madam:

I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 20 of the Federal Rules of Criminal Procedure:

    Indictment
    Docket Entries
    Consent to Transfer
    Notice of transfer
    Cover Letter

Also enclosed is a copy of this letter. Please acknowledge receipt on this copy and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: *[signature]*
Nicole M. Kierzek
Deputy Clerk

Enclosures

cc: United States Attorney